# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**     **Place of Offense**    **Matter to be Sealed**

☒ Western ☐ St. Joseph    Jackson    ☐ Secret Indictment
☐ Central ☐ Southern    County and elsewhere ☐ Juvenile
☐ Southwestern

**Defendant Information**

Defendant Name    (1) Michael A. Miller
Alias Name
Birthdate    September 6, 1979

**Related Case Information**

Superseding Indictment/Information ☐ Yes ☐ No  if yes, original case number _____
New Defendant    ■ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**

SAUSA    Sydney N. Sanders

**Interpreter Needed**

☐ Yes    Language and/or dialect _____
■ No

**Location Status**

Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody    Writ Required ☐ Yes ☐ No
☐ Currently on bond    Warrant Required ■ Yes ☐ No

**U.S.C. Citations**

Total # of Counts  3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute methamphetamine | 1 |
| 2 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 2 |
| 3 | 21:841D=CD.F/6801/4 | Distribution of methamphetamine | 6 |
| 4 | | | |
| 5 | | | |

Date  9/22/11      Signature of SAUSA  /s/ Sydney N. Sanders