JS 45 (1/96)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**Division of Filing**     **Place of Offense**     **Matter to be Sealed**

☒ Western     ☐ St. Joseph     Jackson     ☐ Secret Indictment
☐ Central     ☐ Southern     County and elsewhere     ☐ Juvenile
☐ Southwestern

**Defendant Information**
Defendant Name     (2) Angela M. Jobe-Johnston
Alias Name
Birthdate     June 13, 1981

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☐ No  if yes, original case number _____
New Defendant     ■ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
SAUSA     Sydney N. Sanders

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
■ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody     Writ Required     ☐ Yes ☐ No
☐ Currently on bond     Warrant Required     ■ Yes ☐ No

**U.S.C. Citations**
Total # of Counts  2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute methamphetamine | 1 |
| 2 | 18:922G.F/7830/4 | User in Possession of a Firearm | 3 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date     9/22/11     Signature of SAUSA /s/ Sydney N. Sanders