JS 45 (1/96)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**Division of Filing**  **Place of Offense**  **Matter to be Sealed**
☒ Western   ☐ St. Joseph   Jackson   ☐ Secret Indictment
☐ Central   ☐ Southern   County and elsewhere   ☐ Juvenile
☐ Southwestern

**Defendant Information**
Defendant Name        (3) Brandon D. Blue
Alias Name
Birthdate             December 9, 1983

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☐ No  if yes, original case number _____
New Defendant              ■ Yes ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
SAUSA      Sydney N. Sanders

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
■ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody    Writ Required    ☐ Yes ☐ No
☐ Currently on bond             Warrant Required ■ Yes ☐ No

**U.S.C. Citations**
Total # of Counts  1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in possession of a firearm | 5 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date    9/22/11              Signature of AUSA   /s/ Sydney N. Sanders