JS 45 (1/96)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| **Division of Filing** | | | **Place of Offense** | **Matter to be Sealed** | |
|---|---|---|---|---|---|
| ☒ | Western | ☐ | St. Joseph | <u>Jackson</u> | ☐ Secret Indictment |
| ☐ | Central | ☐ | Southern | County and elsewhere | ☐ Juvenile |
| ☐ | Southwestern | | | | |

**Defendant Information**
Defendant Name      <u>(4) Trina M. Erkson</u>
Alias Name               _____
Birthdate                    <u>September 11, 1983</u>

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☐ No  if yes, original case number _____
New Defendant                                      ■ Yes  ☐ No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
SAUSA         <u>Sydney N. Sanders</u>

**Interpreter Needed**
☐ Yes        Language and/or dialect _____
■ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody            Writ Required            ☐ Yes  ☐ No
☐ Currently on bond                           Warrant Required    ■ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts   2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to distribute methamphetamine | 1 |
| 2 | 18:922G.F/7830/4 | User in possession of a firearm | 4 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Date      9/22/11                              Signature of SAUSA  /s/ Sydney N. Sanders